# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ14-414 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| MARCELINO MENDOZA-LOPEZ, | |
| Defendant. | |

Offense charged:

　　Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a)

Date of Detention Hearing: October 21, 2014.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)　　Defendant is a citizen of Mexico.

　　(2)　　An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

　　(3)　　Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of October, 2014.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2